UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:21-CR-00054(1)-ADA |
| | § | |
| (1) FAITH ANN BEAN | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause.  On January 8, 2024 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) FAITH ANN BEAN, which alleged that Bean violated a condition of her supervised release and recommended that Bean's supervised release be revoked (Clerk's Document No. 42).  A warrant issued and Bean was arrested.  On February 20, 2024, Bean appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set..

Bean appeared before the magistrate judge on February 29, 2024, waived her right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge.  Following the hearing, the magistrate judge signed his report and recommendation on March 6, 2024, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of Bean, the magistrate judge recommends that this court revoke

Bean supervised release and that Bean be sentenced to imprisonment for six (6) months, with credit for time served, followed by thirty (30) months of supervised release. At the conclusion of the six (6) months in custody and in addition to all of the existing conditions of probation, the Defendant is ORDERED to attend in-patient substance abuse treatment as the United States Probation Office deems necessary and appropriate. (Clerk's Document No. 54).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass'n,* 79 F.3d 1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On February 29, 2024, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation Of United States Magistrate Judge (Clerk's Document No. 53). The court, having reviewed the entire record and finding no plain error, accepts

and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 54 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) FAITH ANN BEAN 'sterm of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) FAITH ANN BEAN be imprisoned for six (6) months with a term of supervised release with credit for time served, followed by thirty (30) months of supervised release. At the conclusion of the six (6) months in custody and in addition to all of the existing conditions of probation, the Defendant is ORDERED to attend in-patient substance abuse treatment as the United States Probation Office deems necessary and appropriate.

Signed this 8th day of March, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE